UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 24-mj-8519-PGL |
| | ) | |
| Alason FERREIRA-PEIXOTO  & | ) | |
| Lucas  NASCIMENTO-SILVA | ) | |
| Defendant | ) | |
| | ) | |

GOVERNMENT'S MOTION TO UNSEAL
COMPLAINT

The Acting United States Attorney hereby respectfully moves the Court to unseal the

complaint and supporting affidavit in this matter. As grounds for this motion, the government

states that the defendants have been arrested or family members have been notified of the arrest

warrants and there is no further reason to keep the complaint or supporting affidavit sealed.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  /s/ Michael Crowley
Michael Crowley
Assistant U.S. Attorney

Date:  September 19, 2024